# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MASON HARRIS,<br>　　　Plaintiff, | Case No. 1:15-cv-52 |
| vs | Black, J.<br>Litkovitz, M.J. |
| MR. HOFFMAN, et al.,<br>　　　Defendants. | **ORDER** |

This matter is before the Court on the defendants' motion filed July 14, 2015 requesting a stay of the "deadline to serve a responsive pleading to Plaintiff's Amended Complaint in this case pending this Court's judgment of Defendants' Motion to Vacate Doc. 6, Order granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 19, "Motion to Vacate" or "Motion")," which was filed the same date. (Doc. 20). Defendants' motion to stay the deadline for serving a responsive pleading (Doc. 20) is **GRANTED**.

　　**IT IS SO ORDERED.**


Date:　7/15/2015　　　　　　　　　　　　/s/ Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge