UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MASON HARRIS, | : | Case No. 1:15-cv-52 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| MR. HOFFMAN, *et al.*, | : | |
| Defendants. | : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 24)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 17, 2015, submitted a Report and Recommendations.  (Doc. 24).  No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the foregoing reasons:

1. Plaintiff's *in forma pauperis* status is **REVOKED** on the ground that Plaintiff is a "three-striker" within the meaning of 28 U.S.C. § 1915(g);

2. Plaintiff **SHALL** pay the full $400 fee ($350 filing fee, plus a $50 administrative fee) required to commence this action, with credit for any amounts paid in accordance with the Magistrate Judge's prior Order (Doc. 6), within thirty days of the date of filing of this Order;

3. Plaintiff is hereby notified that his failure to pay the full $400 fee within the requisite thirty-day period will result in the dismissal of his action. *See In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002); and

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED**.

Date: 9/25/15

Timothy S. Black
United States District Judge

2